IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:15-mj-00003-CKD |
| ) Plaintiff, ) | **ORDER TO SHOW CAUSE AND ORDER TO ISSUE SUMMONS RE: PROBATION REVOCATION** |
| v. ) | |
| ) JAMES F. BELL, ) | |
| ) Defendant. ) | |

### ORDER TO SHOW CAUSE AND ISSUE SUMMONS

It is Hereby Ordered that the defendant shall appear on November 12, 2015, at 9:30 a.m. to show cause why the probation granted on March 26, 2015, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///
///
///
///
///
///

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on November 12, 2015, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  October 22, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE