```
BENJAMIN B. WAGNER
United States Attorney
R. BENJAMIN NELSON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>JAMES F. BELL,<br><br>      Defendant. | 2:15-MJ-00003-CKD<br><br>REQUEST TO WITHDRAW PETITION TO REVOKE PROBATION AND [Proposed] ORDER<br><br>Date:  November 12, 2015<br>Time:  9:30 a.m.<br>Judge: Hon. Carolyn K. Delaney |

**REQUEST TO WITHDRAW PETITION**

On October 22, 2015, the United States filed a Petition for Revocation of Probation and Notice of Hearing alleging that the defendant had failed to pay his Court-ordered fine and special assessment and had failed to report to the United States Marshals Service for processing. On November 10, 2015, the United States received proof that the defendant paid his Court-ordered fine and special assessment and reported to the Marshals for processing.

///

///

///

REQUEST TO WITHDRAW PETITION AND ORDER

Accordingly, the United States seeks leave of Court to withdraw the Petition for Revocation of Probation and asks the Court to vacate the hearing set for November 12, 2015.

DATED: November 10, 2015        BENJAMIN B. WAGNER
                                United States Attorney

                         By:    */s/ R. Benjamin Nelson*
                                R. BENJAMIN NELSON
                                Special Assistant U.S. Attorney

**ORDER**

It is hereby ordered that plaintiff United States of America's request to withdraw the petition for revocation of probation filed against defendant JAMESF. BELL is GRANTED.  It is further ordered that the probation revocation hearing date scheduled on November 12, 2015 is VACATED.

Dated:  November 12, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE